UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17cv1369(DSD/LIB)

Steven Todd Parker,

    Petitioner,

v.                                      **ORDER**

Eddie Miles, Warden,
MCF Stillwater,

    Respondent.

This matter is before the court upon the report and recommendation of Magistrate Judge Leo I. Brisbois dated May 23, 2017 (R&R). The magistrate judge recommended that the case be dismissed without prejudice. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 7] is adopted in its entirety;

2. The case is dismissed without prejudice; and

3. No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 13, 2017

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court